THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Cedric
 Saunders, Appellant.
 
 
 
 
 

Appeal From Beaufort County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2010-UP-079
 Submitted January 4, 2010  Filed February
2, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Issac McDuffie Stone, III, of
 Beaufort for Respondent.
 
 
 

PER CURIAM: Cedric
 Saunders pled guilty to possession of a stolen firearm, possession of a firearm
 during the commission of a violent offense, and two counts of murder.  On
 appeal, Saunders argues the trial court erred in imposing the maximum sentence
 without considering Saunder's low IQ and borderline mental retardation.  After a thorough review of the record, Saunders's pro se
 brief and counsel's brief, pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's petition to be relieved.[1]
APPEAL DISMISSED.  
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.